

# NUMBER 13-20-00175-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

RONALD SHANKLIN,                                                              Appellant,

v.

THE STATE OF TEXAS,                                                          Appellee.

### On appeal from the 319th District Court
### of Nueces County, Texas.

# MEMORANDUM OPINION

### Before Justices Benavides, Hinojosa, and Tijerina
### Memorandum Opinion by Justice Benavides

Appellant was convicted of assault on a public servant and judgment was entered on September 16, 2019. Appellant filed a notice of appeal on March 28, 2020.

This Court's appellate jurisdiction in a criminal case is invoked by a timely filed notice of appeal. *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). Absent a

timely filed notice of appeal, a court of appeals does not have jurisdiction to address the merits of the appeal and can take no action other than to dismiss the appeal for want of jurisdiction. *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998).

The trial court imposed sentence in this matter on September 16, 2019. Appellant filed his notice of appeal on March 28, 2020. On April 2, 2020, the Clerk of this Court notified appellant it appeared the appeal was not timely perfected, and the appeal would be dismissed if the defect was not corrected within ten days. On April 6, 2020, the court received correspondence from appellant's attorney indicating agreement that the appellant did not timely file notice.

Appellant's notice of appeal, filed more than six months after his sentencing was imposed, was untimely, and accordingly, we lack jurisdiction over the appeal. See *Slaton*, 981 S.W.2d at 210. Appellant may be entitled to an out-of-time appeal by filing a post-conviction writ of habeas corpus returnable to the Texas Court of Criminal Appeals; however, the availability of that remedy is beyond the jurisdiction of this Court. See TEX.CODE CRIM.PROC.ANN. art. 11.07, § 3(a); see also *Ex parte Garcia*, 988 S.W.2d 240 (Tex. Crim. App. 1999)

The appeal is DISMISSED FOR WANT OF JURISDICTION.

GINA M. BENAVIDES
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
10th day of September, 2020.

2